UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** No. 24-981

**Caption [use short title]**

**Motion for:** Extension of time to file Appellant's opening brief.

DIRECTV, LLC,

Plaintiff-Appellant,

v.

Nexstar Media Group et al.,

Defendants-Appellees.

Set forth below precise, complete statement of relief sought:

Appellant requests that the court extend the deadline to file Appellant's opening brief by 14 days, to and including July 2, 2024.

**MOVING PARTY:** DIRECTV  
**OPPOSING PARTY:** Nexstar Media Group et al.

☒ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Olivier N. Antoine  
**OPPOSING ATTORNEY:** List of opposing counsel attached

[name of attorney, with firm, address, phone number and e-mail]

Crowell & Moring LLP

Two Manhattan West, 375 Ninth Avenue, New York, NY 10001

(212) 223-4000 ; oantoine@crowell.com

**Court- Judge/ Agency appealed from:** S.D.N.Y. - Senior Judge Castel

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Olivier N. Antoine  **Date:** May 30, 2024  **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

ATTACHMENT

Attorneys for Appellees:

Cristopher J. Schwegmann
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, TX 75201
Tel: 214-981-3800; cschwegmann@lynnllp.com

David W. Haller
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Tel: (212) 841-100; Fax: (212) 841-1010; dhaller@cov.com

Kyle W. Chow
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Tel: 914-391-6013; kchow@cov.com

*Attorneys for Appellee Nexstar Media Group, Inc.*

Stephen Obermeier
Wiley Rein LLP
2050 M Street, NW, Washington, DC 20036
Tel: (202) 719-7465; sobermeier@wiley.law

Enbar Toledano
Wiley Rein LLP
2050 M Street, NW, Washington, DC 20036
Tel: (202) 719-4513; etoledano@wiley.law

Frank M. Scaduto
Wiley Rein LLP
2050 M Street, NW, Washington, DC 20036
Tel (202) 719-3479; fscaduto@wiley.law

*Attorneys for Appellee Mission Broadcasting, Inc.*

Kan Min Nawaday
Venable LLP
151 W. 42nd Street
49th Floor
New York, NY 10036
Tel: (212) 370-6240; kmnawaday@venable.com

Anna G. Dimon
Venable LLP
151 W. 42nd Street
49th Floor
New York, NY 10036
Tel: (212) 503-0698; agdimon@venable.com

Craig A. Gilley
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4434; cagilley@venable.com

Elizabeth Rinehart
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, MD 21202
Tel (410) 528-4646; ecrinehardt@venable.com

*Attorneys for Appellee White Knight Broadcasting, Inc.*

No. 24-981

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

DIRECTV, LLC,

*Plaintiff-Appellant,*

v.

NEXSTAR MEDIA GROUP, INC., MISSION BROADCASTING, INC.; AND
WHITE KNIGHT BROADCASTING, INC.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Southern District of New York

---

## DECLARATION IN SUPPORT OF APPELLANT'S MOTION TO EXTEND BRIEF DEADLINE

I, Olivier N. Antoine, lead counsel on this case, submit this Declaration in support of Appellant DIRECTV, LLC's motion to extend the time to file its opening merits brief by 14 days, to and including July 2, 2024. Appellees represented through counsel that they take no position on Appellant's request. However, if the request is granted, Appellees request a proportional extension of the deadline in which to file a response until August 20, 2024.

1. This appeal seeks to reverse the district court's March 20, 2024 dismissal of the complaint, pursuant to Fed. R. Civ. P. 12(b), based on that court's ruling that Appellant DIRECTV lacks antitrust standing to bring its claims.

2. On May 14, 2024, this Court notified the parties that the appeal had been placed on the Expedited Calendar and set a deadline of June 18, 2024, for Plaintiff-Appellant DIRECTV to submit its opening brief. Dkt. Entry No. 32.1.

1

3. Under Local Rules 27.1(f) and 31.2(c), a party may seek an extension of time to file a brief where there are extraordinary circumstances. Such circumstances exist here due to the work and travel schedules of the attorneys primarily responsible for the appeal brief, as well as the complexity of the issues and the need to coordinate with in-house counsel for Appellant.

4. Certain of the antitrust standing issues presented by this appeal are, as far as Appellant is aware, issues of first impression. The district court dismissed DIRECTV's antitrust claims after imposing a new, bright-line requirement that a distributor alleging an unlawful price-fixing conspiracy must suffer injury in the specific form of payment of supra-competitive prices (as opposed to lost profits) in order to have antitrust standing. As Appellant will explain, that rule is not consistent with the caselaw from this Court or other circuits addressing either the antitrust injury prong of the antitrust standing test, or the "efficient enforcer" part of that analysis. And it raises the standing bar for antitrust plaintiffs in a way that lacks any connection to the underlying statutory text and is contrary to the purpose of the antitrust laws. These are complex issues that require additional time so that Appellant can thoroughly brief them, with adequate time for DIRECTV's in-house counsel to review and provide input on the brief.

5. Additional time is also required in light of undersigned lead counsel's caseload and travel schedule. I have international travel plans in addition to multiple meetings with federal regulators in the first two weeks of June.

6. My colleague Amanda Berman, who is taking a lead role in drafting the appeal brief, also has conflicting deadlines and commitments, including another appellate brief due June 18 (D.C. Cir. Nos. 24-1120 et al.); an out-of-state client meeting on June 10; a long-planned family event on June 12; a deposition scheduled for June 13; and a Ninth Circuit merits brief due July 5 in a complex antitrust matter (No. 24-1585 and related cases).

7. This is Appellant's first request for an extension of time. Appellees represented through counsel that they take no position on Appellant's request. However, if the request is granted, Appellees request a proportional extension of the deadline in which to file a response until August 20, 2024.

For these reasons, Appellant respectfully requests that the Court grant it a 14-day extension of time to file its opening brief, to and including July 2, 2024. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2024.

/s/ *Olivier N. Antoine*
Olivier N. Antoine
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 223-4000
oantoine@crowell.com

*Counsel for Appellant DIRECTV*