# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand twenty-four,

Directv, LLC,

    Plaintiff - Appellant,

v.

Nexstar Media Group, Inc., Mission Broadcasting, Inc., White Knight Broadcasting, Inc.,

    Defendants - Appellees.

**ORDER**
Docket No. 24-981

    The United States of America moves for leave to participate in oral argument as amicus curiae and to receive three minutes of argument time.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellees will have an additional three minutes of response time.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

